UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOIS L. FIELD, an individual,                    Case No. 13-cv-12605

                          Plaintiff,             *Formerly Oakland County Circuit*
v                                                *Court No. 13-133290-CH*

UNITED STATES OF AMERICA, and
MICHIGAN DEPARTMENT OF TREASURY,

                          Defendants.
_____/

## NOTICE OF REMOVAL

TO:    Joseph Falcone
       3000 Town Center, Suite 2370
       Southfield, MI 48075

       Julius H. Giarmarco
       Giarmarco Mullins & Horton, P. C.
       101 W. Big Beaver Road, Floor 10
       Troy, MI 48084

       PLEASE TAKE NOTICE that the defendant United States of America ("USA"), pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444, removes this action (Case No. 13-133290-CH), which is now pending in the Oakland County Circuit Court for the State of Michigan, from said court to the United States District Court for the Eastern District of Michigan, Southern Division. This action is removable pursuant to 28 U.S.C. § 1442(a)(1) as it was brought against the United States, and 28 U.S.C. § 1444, as the plaintiff appears to invoke the waiver of sovereign immunity set forth in 28 U.S.C. § 2410.

       Photocopies of the summons, complaint, together with attachments, constituting all non-duplicative process and pleadings received by the received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

WHEREFORE, Oakland County Circuit Court No. 13-133290-CH has been removed to the United States District Court for the Eastern District of Michigan and this entire action is now pending in this federal court.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division

*/s/ Julie C. Avetta*
JULIE C. AVETTA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-616-2743 (v)
202-514-5238 (f)
Email:  Julie.C.Avetta@usdoj.gov

Of Counsel:
BARBARA L. McQUADE
United States Attorney


Dated: June 14, 2013

2

<u>**CERTIFICATE OF SERVICE**</u>

It is hereby certified that a copy of the foregoing **Notice of Removal** and Certificate of

Service has this 14th day of June, 2013, been made upon the following, by placing same in an

envelope, and depositing said envelope in a United States Postal receptacle at Detroit, Michigan

addressed to:


Joseph Falcone
3000 Town Center, Suite 2370
Southfield, MI 48075

Julius H. Giarmarco
Giarmarco Mullins & Horton, P. C.
101 W. Big Beaver Road, Floor 10
Troy, MI 48084


*s/ Julie C. Avetta*



# JOSEPH FALCONE, P.C.

### *LAW OFFICES*

Joseph Falcone

jf@lawyer.com

May 16, 2013
Via Certified U.S. Mail, Return Receipt
7012290000121250165

Eric Holder, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

    In re: Field v. U.S. and Michigan Department of Treasury
        Oakland County Circuit Court, Docket No. 2013-133290-CH

Dear Mr. Holder:

    Enclosed is a copy of the Complaint with exhibits and the summons issued in the above-entitled quiet title action lawsuit.

                Very truly yours,

                Joseph Falcone

JF/rll
Enclosures as stated

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>Sixth JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT | CASE NO.<br>2013-133290-CH |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 1200 N. Telegraph Road, Pontiac, MI 48341 | (248) 858-0349 |

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Lois L. Field<br>1683 Black Maple<br>Rochester Hills, MI 48305 | v | United States of America and Michigan Department of Treasury<br><br>United States of America<br><br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226 |

| Plaintiff's attorney, bar no., address, and telephone no. |
|---|
| Joseph Falcone (P25727)<br>3000 Town Center, Suite 2370<br>Southfield, MI 48075<br>248-357-6610 |

This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/efiling.

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file **a written answer with the court** and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR2.111[C]).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>APR 05 2013 | This summons expires<br>JULY 05 2013 | Court clerk<br>Lisa Brown |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>Rochester Hills, MI | Defendant(s) residence (include city, township, or village)<br>Detroit, Michigan |
|---|---|
| Place where action arose or business conducted<br>Rochester Hills, Michigan | |

| 04/05/2013 | |
|---|---|
| Date | Signature of attorney/plaintiff |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Received for Filing Oakland County Clerk 2013 APR 05 PM 03:44

This case has been designated as an eFiling case. To review a copy of the
Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/efiling.

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

LOIS L. FIELD, an individual,

    Plaintiff,

v.

                                                      2013-133290-CH
                                       Case No. _____ CH
                                       JUDGE POTTS

UNITED STATES OF AMERICA, and
MICHIGAN DEPARTMENT OF TREASURY,

    Defendant.

_____/

Joseph Falcone (P25727)
Attorney for Plaintiff
3000 Town Center, Suite 2370
Southfield, MI 48075
248-357-6610
--------------------------------------------------------
Julius H. Giarmarco (P25871)
Attorney for Plaintiff
Giarmarco Mullins & Horton, P.C.
101 W. Big Beaver Road, Floor 10
Troy, MI 48084
248-457-7200
_____/

**COMPLAINT TO QUIET TITLE**

      NOW COMES Plaintiff, Lois L. Field, by and through her attorneys, Joseph Falcone and

Julius H. Giarmarco, and for her Complaint to Quiet Title, states as follows:

1

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

1.   Plaintiff is an individual residing in the County of Oakland, State of
Michigan.

2.   Defendant United States of America and has, as its agency, the Internal
Revenue Service.

3.   Defendant Michigan Department of Treasury is a Department of the State of
Michigan.

4.   This action is brought pursuant to and this Court has jurisdiction under MCL
600.2932  and 28 USC 2410.

5.   This is an action to quiet title to real property by Plaintiff in fee simple and
located at 1683 Black Maple Drive, Rochester Hills, MI  48309, and more
fully described as follows:

> Lot 10, Willowood Subdivision, according to the plat thereof as recorded
> in Liber 154, Pages 29, 30, 31 and 32 of Plats, Oakland County Records.
> Tax Parcel No.  15-16-137-001.

6.   Plaintiffs' title to the above-described property is derived from the warranty
deed from Oliver Homes, Inc., to Marshall A. Field and Lois L. Field, his
wife, dated December 10, 1979, and filed with the Oakland County Register
of Deeds on December 27, 1979, at Liber 7702, page 275, Oakland County
Records. Attached hereto As Exhibit A is a copy of the warranty deed.

7.   Attached as Exhibit B is a Statement of Title upon which Plaintiff relies.

8.   From December 10, 1979, until Marshall A. Field died on June 6, 2010,
Plaintiff and Marshall A. Field held title to the above-described property as
tenants by the entireties.

2

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

9. Upon Marshall A. Field's death on June 6, 2010, Plaintiff became the sole owner of the above-described property by right of survivorship and claims sole ownership of the above-described property and is sole possession thereof.

10. The Internal Revenue Service filed a Notice of Federal Tax Lien against Marshall A. Field with the Oakland County Register of Deeds on March 10, 2008, at Liber 40087, Page 342, Oakland County Records. A copy of the Notice of Federal Tax Lien is attached hereto as Exhibit C.

11. The Notice of Federal Tax Lien, Exhibit C, did not name Plaintiff as a taxpayer and did not claim a lien on or interest in Plaintiff's individual property.

12. The Notice of Federal Tax Lien, Exhibit C, purports to be a lien or claim of interest against the above-described property, even though any interest that the Notice of Federal Tax Lien could have secured would have ceased to exist upon Marshall A. Field's death. As such, the Internal Revenue Service might claim an interest inconsistent with the interest claimed by Plaintiff.

13. The Plaintiff has requested that the Internal Revenue Service issue a certificate of nonattachment relating to the above-described property from any claim it has pursuant to the Notice of Federal Tax Lien, Exhibit C, but the Internal Revenue Service refused to issue said requested certificate of nonattachment, thus compelling Plaintiff to bring this suit.

14. The Michigan Department of Treasury filed a Notice of State Tax Lien against Marshall A. Field with the Oakland County Register of Deeds on August 25,

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

2009, at Liber 041436, Page 297, Oakland County Records. A copy of the Notice of State Tax Lien is attached hereto as Exhibit D.

15. The Notice of State Tax Lien, Exhibit D, did not name Plaintiff as a taxpayer and did not claim a lien on or interest in Plaintiff's individual property.

16. The Notice of State Tax Lien, Exhibit D, purports to be a lien or claim of interest against the above-described property, even though any interest that the Notice of State Tax Lien could have secured would have ceased to exist upon Marshall A. Field's death. As such, the Michigan Department of Treasury might claim an interest inconsistent with the interest claimed by Plaintiff.

17. The Michigan Department of Treasury filed a Notice of State Tax Lien against Marshall A. Field with the Oakland County Register of Deeds on February 28, 2008, at Liber 040055, Page 659, Oakland County Records. A copy of the Notice of State Tax Lien is attached hereto as Exhibit E.

18. The Notice of State Tax Lien, Exhibit E, did not name Plaintiff as a taxpayer and did not claim a lien on or interest in Plaintiff's individual property.

19. The Notice of State Tax Lien, Exhibit E, purports to be a lien or claim of interest against the above-described property, even though any interest that the Notice of State Tax Lien could have secured would have ceased to exist upon Marshall A. Field's death. As such, the Michigan Department of Treasury might claim an interest inconsistent with the interest claimed by Plaintiff.

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

20. This Honorable Court should enter its judgment against Defendants quieting title to the above-described property in Plaintiff and order the Defendants to release to Plaintiff all claims thereto.

WHEREFORE, Plaintiff prays that this Honorable Court quiet title in the above-described property in the Plaintiff and issue a Judgment against Defendants ordering Defendants to release to Plaintiff all claims thereto.


_____/s/ Joseph Falcone_____     Dated: March 29, 2013
Joseph Falcone (P25727)
Attorney for Plaintiff
3000 Town Center, Suite 2370
Southfield, MI 48075
248-357-6610


_____/s/ Julius H. Giarmarco_____     Dated: March 29, 2013
Julius H. Giarmarco (P25871)
Attorney for Plaintiff
Giarmarco Mullins & Horton, P.C.
101 W. Big Beaver Road, Floor 10
Troy, MI 48084
248-457-7200

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

# EXHIBIT A

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

*Dec. 27 1979*

**WARRANTY DEED**
Statutory Form for Corporation

LIBER 7702 PAGE 276

Philip F. Greco
TITLE COMPANY

79 139912

#212276-7

KNOW ALL MEN BY THESE PRESENTS: That Oliver Homes Inc. A Michigan Corporation

whose address is 1800 Washington Rochester, Michigan 48063

Conveys and Warrants to Marshall A. Field & Lois L. Field his wife
whose street number and postoffice address is 44185 Applewood Canton , Michigan

the following described premises situated in the Township of Avon County of Oakland
and State of Michigan, to-wit:

LOT 19,      WILLWOOD SUBDIVISION, according to the
plat thereof as recorded in liber 154,
pages 29,30,31, and 32 of Plats, Oakland
County Records.

Parcel Identification No. 15-16-127-001

together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining

for the sum of One Hundred & Thirty Five Thousand & Five Hundred ...Dollars,
($135,500.00)

subject to Easements & Restriction of Record

Dated this      19 th      day of      December      19 79

Signed in the presence of:                Signed by:

Frances F. Randazzo              Oliver Homes Inc.
Frances F. Randazzo              A Michigan Corporation

Laura Mayor                      By Salvatore Loghirco
Laura Mayor                         President

STATE OF MICHIGAN }
COUNTY OF OAKLAND } ss.

The foregoing instrument was acknowledged before me this      19 th      day of
19 79 by      Salvatore Loghirco

President

Michigan
(State of Incorporation)

of the      Oliver Homes Inc,
(Corporate Name)

corporation, on behalf of the corporation.

My Commission expires      May 31      19 82
                                         Oakland      County, Michigan

Frances F. Randazzo

When Recorded Return To:       Send Subsequent Tax Bills To:   Drafted by: Frances F. Randazzo
NBD MORTGAGE COMPANY          NBD MORTGAGE COMPANY            Business Address 1800 Washington
ARROS VAN DYKE                ARROS VAN DYKE                  Rochester, Michigan 48063
UTICA, MI 48063               UTICA, MI 48063

Tax Parcel #                  Recording Fee                   Revenue Stamps $140.08

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

# EXHIBIT B

STATEMENT OF TITLE

Lois L. Field claims title to the disputed property pursuant to the Warranty Deed from Oliver
Homes, Inc., to Marshall A. Field and Lois L. Field, his wife, filed in Oakland County Records,
Liber 7702, Page 275, a copy of which is attached to this Complaint.

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

# EXHIBIT C

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

# EXHIBIT D

0154269
LIBER 041436 PAGE 00297
$10.00 MICHIGAN TAX LIEN
$.00
08/25/2009, 04:42:54 P.M.   RECEIPT# 70072
PAID    RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## NOTICE OF STATE TAX LIEN

826 (Formerly C4531; Rev.10/00) TCD2/F01
Michigan Dept. of Treasury - Collections
PO Box 30199
Lansing, MI   48909            Page 1 of 1

Account No.  Prim SXXXXX3209    Lien No. 1564829
            Sec

FIELD MARSHALL A
1683 BLACK MAPLE DR

ROCHESTER HILLS    , MI 48309

For optional use by recording office

ON REAL PROPERTY

Under P.A. 203 of 1968, as amended, you are notified by this document the taxes, penalties and interest identified below remain unpaid. A lien in favor of the State of Michigan exists on all your property and rights to property both real and personal in the below total due, plus any future, penalties, interest, or other costs. The lien attaches to property you own now and that you acquire.

| Tax | Assessment Date | Assessment No. | Unpaid Balance of Assessment |
|---|---|---|---|
| Income Tax | 12/07/07 | P616897 | $   29471.20 |

**TOTAL DUE** $29471.20

Filed With: OAKLAND COUNTY

Mary G. MacDowell, Director, Financial Services Bureau    Date  8/24/2009

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

# EXHIBIT E

*LIBER:40055 PG:659*

Received for Filing Oakland County Clerk 2013 APR 05 PM 02:57

```
                                        0037208
                              LIBER 040055 PAGE 00659
                              $10.00 MICHIGAN TAX LIEN
                              $.00
                              02/28/2008, 04:46:17 P.M.  RECEIPT# 19326
                              PAID   RECORDED - OAKLAND COUNTY
                              RUTH JOHNSON, CLERK/REGISTER OF DEEDS
```

## NOTICE OF STATE TAX LIEN

826 (Formerly C4531; Rev.10/00) TCO2/F01

Michigan Dept. of Treasury - Collections
PO Box 30199
Lansing, MI    48909        Page 1 of 1

| Account No. | Prim F382028535 | Lien No.  1463161 |
|---|---|---|
| | Sec S362303209 | |

FIELD MARSHALL A
1683 BLACK MAPLE DR

ROCHESTER HILLS     , MI 48309

For optional use by recording office

ON REAL PROPERTY

Under P.A. 203 of 1968, as amended, you are notified by this document the taxes, penalties and interest identified below remain unpaid.  A lien in favor of the State of Michigan exists on all your property and rights to property both real and personal in the below total due, plus any future, penalties, interest, or other costs. The lien attaches to property you own now and that you acquire.

| Tax | Assessment Date | Assessment No. | Unpaid Balance of Assessment |
|---|---|---|---|
| Withholding Tax | 10/22/07 | 0349799 | $   10360.87 |

TOTAL DUE  $10360.87

Filed With: OAKLAND COUNTY

*Mary G. MacDowell*
Mary G. MacDowell, Director, Financial Services Bureau

Date

2/27/2008



EXHIBIT A

Dec. **27** 1979

#21B276-7

## WARRANTY DEED
Statutory Form for Corporation

liber **7702** page 276

Philip F. Greco
Title Company

'79 139912

KNOW ALL MEN BY THESE PRESENTS: That Oliver Homes Inc. A Michigan Corporation

whose address is 1800 Washington Rochester, Michigan 48063

Conveys and Warrants to Marshall A. Field & Lois L. Field his wife

whose street number and postoffice address is 44165 Applewood Canton , Michigan

the following described premises situated in the Township of Avon , County of Oakland

and State of Michigan, to-wit:

LOT 19, WILDWOOD SUBDIVISION, according to the plat thereof as recorded in liber 154, pages 29,30,31, and 32 of Plats, Oakland County Records.

Parcel Identification No. 15-10-127-001

together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining

for the sum of One Hundred & Thirty Five Thousand & Five Hundred ....Dollars, ($135,500.00)

subject to Easements & Restriction of record

Dated this 19 th day of December 19 79

Signed in the presence of:

Signed by:

_Frances F. Landazzo_
Frances F. Landazzo

_Laura Mayor_
Laura Mayor

Oliver Homes Inc.
A Michigan Corporation

By _____
Salvatore Lochirco
Presiden t

STATE OF MICHIGAN }
County of OAKLAND } ss.

The foregoing instrument was acknowledged before me this

19 79 by Salvatore Lochirco

President

Michigan

My Commission expires May 11 19 83

[signature] [seal]
Salvatore Lochirco
[Individual Name(s) and Office(s) Held]
Oliver Homes Inc.
[Corporate Name]
corporation, on behalf of the corporation.
[State of Incorporation]

_Frances F. Landazzo_
Frances F. Landazzo
Notary Public
Oakland County, Michigan

19 th day of December

City Treasurer's Certificate

REAL ESTATE
A STATE OF TRANSFER TAX
MICHIGAN
Dept of Treas
140.06

When Recorded Return To:
N&D MORTGAGE COMPANY
43701 VAN DYKE
UTICA, MI 48087

Send Subsequent Tax Bills To:
N&D MORTGAGE COMPANY
43701 VAN DYKE
UTICA, MI 48087

Drafted by: Frances F. Landazzo

Business Address 1800 Washington
Rochester, Michigan 48063

Tax Parcel #_____

Recording Fee $_____

Revenue Stamps $140.06

# EXHIBIT B

STATEMENT OF TITLE

Lois L. Field claims title to the disputed property pursuant to the Warranty Deed from Oliver
Homes, Inc., to Marshall A. Field and Lois L. Field, his wife, filed in Oakland County Records,
Liber 7702, Page 275, a copy of which is attached to this Complaint.

# EXHIBIT C

# EXHIBIT D

*LIBER:41436 PG:297*

0154269
LIBER 041436 PAGE 00297
$10.00 MICHIGAN TAX LIEN
$.00
08/25/2009, 04:42:54 P.M.   RECEIPT# 70072
PAID    RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## NOTICE OF STATE TAX LIEN

| Account No.   Prim SXXXXX3209<br>Sec | Lien No.  1564829 |
|---|---|

826 (Formerly C4531; Rev.10/00)  TC02/F01
Michigan Dept. of Treasury – Collections
PO Box 30199
Lansing, MI   48909       Page 1 of 1

FIELD MARSHALL A
1683 BLACK MAPLE DR

ROCHESTER HILLS     , MI 48309

For optional use by recording office

**ON REAL PROPERTY**

Under P.A. 203 of 1968, as amended, you are notified by this document the taxes, penalties and interest identified below remain unpaid.  A lien in favor of the State of Michigan exists on all your property and rights to property both real and personal in the below total due, plus any future, penalties, interest, or other costs. The lien attaches to property you own now and that you acquire.

| Tax | Assessment Date | Assessment No. | Unpaid Balance of Assessment |
|---|---|---|---|
| Income Tax | 12/07/07 | P616597 | $   29471.20 |

**TOTAL DUE** $29471.20

| Filed With: OAKLAND COUNTY |
|---|

| *Mary G. MacDowell* | Date |
|---|---|
| Mary G. MacDowell, Director, Financial Services Bureau | 9/24/2009 |

# EXHIBIT E

*LIBER:40055 PG:659*

```
                        0037208
            LIBER 040055 PAGE 00659
            $10.00 MICHIGAN TAX LIEN
            $.00
            02/28/2008, 04:46:17 P.M.  RECEIPT# 19326
            PAID   RECORDED - OAKLAND COUNTY
            RUTH JOHNSON, CLERK/REGISTER OF DEEDS
```

## NOTICE OF STATE TAX LIEN

826 (Formerly C4531; Rev.10/00) TCO2/F01
**Michigan Dept. of Treasury - Collections**
PO Box 30199
Lansing, MI    48909        Page 1 of 1

| Account No.   Prim F382028535 | Lien No. 1463161 |
|---|---|
|                Sec  S362303209 | |

FIELD MARSHALL A
1683 BLACK MAPLE DR


ROCHESTER HILLS      , MI 48309

For optional use by recording office



ON REAL PROPERTY

Under P.A. 203 of 1968, as amended, you are notified by this document the taxes, penalties and
interest identified below remain unpaid. A lien in favor of the State of Michigan exists on all your
property and rights to property both real and personal in the below total due, plus any future,
penalties, interest, or other costs. The lien attaches to property you own now and that you acquire.

| Tax | Assessment Date | Assessment No. | Unpaid Balance of Assessment |
|---|---|---|---|
| Withholding Tax | 10/22/07 | 0349799 | $   10360.87 |
| | | | |

**TOTAL DUE** | $10360.87

Filed With: OAKLAND COUNTY

*Mary G. MacDowell*
Mary G. MacDowell, Director, Financial Services Bureau

| Date |
|---|
| 2/27/2008 |

